UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DC TRANSPORTATION SERVICES, INC. a/k/a DC TRANSPORT, INC.; IGOR PARFENOV; ANDREY PAVLOV; IGOR PARFENOV d/b/a DC TRANSPORT; YEVGENIY NIK BUGREYEV; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 2:14-cv-01889-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

　　　　The Status (Pretrial Scheduling) Conference scheduled for hearing on November 24, 2014, is continued to January 26, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

　　　　Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Andrey Pavlov and DC Transportation Services, Inc. with process within the 120 day period prescribed in that Rule may result in the unserved defendant(s) being dismissed. To avoid dismissal, on or before December 12, 2014, Plaintiff shall file proof of service for these defendants or a sufficient explanation why

1

service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  November 20, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

2