UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>DC TRANSPORTATION SERVICES, INC. a/k/a DC TRANSPORT, INC.; IGOR PARFENOV; ANDREY PAVLOV; IGOR PARFENOV d/b/a DC TRANSPORT; YEVGENIY NIK BUGREYEV; and DOES 1-10, inclusive,<br><br>            Defendants. | No.  2:14-cv-01889-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        Plaintiff's Status Report filed January 12, 2015 ("SR") reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 26, 2015, is continued to April 6, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

DOE DEFENDANTS

        Plaintiff states in the SR that it "expects to know the identity of any 'Doe' defendants by March 20, 2015." (SR 2:28-3:1, ECF No. 19.) Plaintiff has until March 30, 2015, to file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file an Amended Complaint substituting a named

defendant in place of a Doe defendant. The referenced motion must be noticed for hearing on the Court's earliest available law and motion date. If leave is not sought as stated, Does 1-10 will be automatically dismissed from this action.

### DEFAULT PROCEEDINGS

Plaintiff states in the SR that it "anticipates only one of the defendants may possibly appear," and "anticipates filing an application for default judgment . . . within the next several months, by no later than March 13, 2015." (Id. at 1:24-27, 2:20-22.)

Plaintiff shall take the steps necessary to prosecute this action as a default matter concerning Defendants DC Transportation Services, Inc.; Igor Parfenov, individually and dba DC Transport; and Yevgeniy Bugreyev no later than March 13, 2015. Plaintiff shall either file whatever documents are required to prosecute this case as a default matter against these defendants or Show Cause in a writing filed why these defendants should not be dismissed for failure of prosecution. These defendants may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

IT IS SO ORDERED.

Dated: January 22, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2