UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>DC TRANSPORTATION SERVICES, INC., a/k/a DC TRANSPORT, INC.; IGOR PARFENOV; ANDREY PAVLOV; IGNORE PARFENOV d/b/a DC TRANSPORT; YEVGENIY NIK BUGREYEV; and DOES 1-10, inclusive,<br><br>              Defendants. | No. 2:14-cv-01889-GEB-CKD<br><br>**ORDER GRANTING DEFENDANTS' IGOR PARFENOV'S AND YEVGENIY NIK BURGEYEVS' UNOPPOSED MOTION TO SET ASIDE THE CLERK'S ENTRY OF DEFAULT** |

    Defendants Igor Parfenov and Yevgeniy Nik Nugreyev move under Federal Rule of Civil Procedure 55(c) for an order setting aside the Clerk of Court entries of default against each movant that was filed on January 23, 2015. (ECF Nos. 26-27.) Plaintiff does not oppose granting the motion

    The motion is granted.

Dated:  June 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1