UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>DC TRANSPORTATION SERVICES, INC., a/k/a DC TRANSPORT, INC.; IGNOR PARFENOV; ANDREY PAVLOV; IGOR PARFENOV d/b/a DC TRANSPORT; YEVEGNIY NIK BUGREYEV; and DOES 1-10, inclusive,<br><br>        Defendants. | No. 2:14-cv-01889-GEB-CKD<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT** |

        Plaintiff seeks leave under Federal Rule of Civil Procedure 15(a)(2) to file its "[Proposed] Second Amended Complaint [("SAC")]," which is attached as an exhibit to its motion. (ECF No. 33-1.) The motion is unopposed and is granted.

        Plaintiff has seven days from the date on which this Order is filed to file the referenced SAC.

Dated:  July 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1