GALINA KLETSER JAKOBSON (SBN 191227)
gjakobson@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
ELIZABETH TRITTIPO (SBN 215622)
etrittipo@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff CAROLINA CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| CAROLINA CASUALTY INSURANCE COMPANY, | Case No. 2:14-cv-01889-GEB-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Judge:    Garland E. Burrell, Jr. |
| DC TRANSPORTATION SERVICES, INC., a/k/a DC TRANSPORT, INC.; IGOR PARFENOV; ANDREY PAVLOV; IGOR PARFENOV d/b/a/ DC TRANSPORT; YEVGENIY NIK BUGREYEV, PROGRESSIVE NORTHERN INSURANCE COMPANY; and DOES 1-10 inclusive, | Complaint Filed:   August 11, 2014 |
| Defendants. | |

Plaintiff Carolina Casualty Insurance Company ("CCIC") and Defendants DC Transportation Services, Inc. a/k/a/ DC Transport Inc. ("DC Transportation"), Igor Parfenov ("Parvenov"), Andrey Pavlov ("Pavlov"), Igor Parfenov d/b/a/ DC Transport ("DC Transport"), and Yevgeniy Nik Bugreyev ("Bugreyev") hereby stipulate through their attorneys of record as follows.

The Status Conference scheduled for August 31, 2015 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom

10 of the above-referenced court, will be continued to September 28, 2015 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom 10, or as soon thereafter as the matter may be heard.

Good cause exists to continue the Status Conference. This insurance coverage action arises out of an underlying wrongful death action captioned *Babka v. Bugreyev, et al.*, Civil Action No. 2:14-cv-00095-MRH, currently pending in the United States District Court for the Western District of Pennsylvania (the "*Babka* action"). Mediation in the *Babka* action is set for August 31, 2015, the same date as the Status Conference in the present matter. The insurance companies involved in the present coverage dispute and their attorneys have been asked to participate in mediation in the underlying *Babka* action to facilitate settlement of the underlying suit. It is not possible for counsel to be present both at the mediation of the *Babka* action in Pennsylvania and at the Status Conference in the present action on the same day. In addition, settlement of the *Babka* action may resolve the dispute between the parties in the present suit, eliminating the need for a Status Conference altogether.

Finally, CCIC added Progressive Northern Insurance Company ("Progressive") as a defendant in its Second Amended Complaint filed on July 15, 2015 (Docket No. 47.) Progressive has filed a Waiver of Service of Summons (Docket No. 50) but has not yet filed a responsive pleading. A short continuance of the Status

//

//

1  Conference will permit Progressive to participate in the Status
2  Conference as a party.
3      IT IS SO STIPULATED.
4  DATED:  August 13, 2015            SELMAN BREITMAN LLP

By:    /s/ Galina K. Jakobson
(authorized on August 13, 2015)
   GALINA KLETSER JAKOBSON
   MARK E. INBODY
   ELIZABETH TRITTIPO
Attorneys for Plaintiff CAROLINA
CASUALTY INSURANCE COMPANY

DATED: August 13, 2015            MURCHISON & CUMMING, LLP

By:    /s/ Richard C. Moreno
(authorized on August 12, 2015)
   RICHARD C. MORENO
Attorneys for Defendant DC
TRANSPORTATION SERVICES, INC.

DATED: August 13, 2015            CODDINGTON, HICKS & DANFORTH

By:    /s/ Nathan L. Winegar
(authorized on August 13, 2015)
   RANDOLPH S. HICKS
   NATHAN L. WINEGAR
Attorneys for Defendants IGOR
PARFENOV, individually and d/b/a
DC TRANSPORT, and YEVGENIY NIK
BUGREYEV

DATED: August 13, 2015                    CANDICE FIELDS LAW


                                          By:    /s/ Candice L. Fields
                                          (authorized on August 12, 2015)
                                             CANDICE L. FIELDS
                                          Attorneys for Defendant ANDREY
                                          PAVLOV

**ORDER**

After considering the Parties' Stipulation to Continue the Status Conference, IT IS ORDERED that the current Status Conference scheduled for August 31, 2015 at 9:00 a.m. is continued to October 26, 2015 at 9:00 a.m. A Joint Status Report shall be filed fourteen days before the hearing.

Dated:  August 18, 2015


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge